

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00367-CR

Guadalupe Gamez Jr.
v.
The State of Texas

On Appeal from the
24th District Court of DeWitt County, Texas
Trial Court Cause No. 18-01-12,823

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and remanded in part and affirmed as modified in part. The Court orders the judgment of the trial court REVERSED and REMANDED IN PART and AFFIRMED AS MODIFIED IN PART.

We further order this decision certified below for observance.

February 22, 2024